ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-00493-JCM-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL SHOMER, | |
| Defendant. | |

This matter having come for hearing on the 1st day of August, 2011, the Court having reviewed the papers and pleadings on file herein, being fully apprised in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Michael Shomer undergo a competency evaluation with Norton A. Roitman, MD, at 2340 Paseo Del Prado, Suite D307, Las Vegas, Nevada within 14 days of the execution of said order.

DATED AND DONE this 9th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich

_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant