**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) | |
| vs ) | **2:10-cr-493-JCM-VCF** |
| ) | |
| MICHAEL SHOMER, ) | |
| ) Defendant, ) | |

**ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, the Federal Public Defender was appointed as counsel for the above-named defendant on December 13, 2011.

Based upon a review of the defendant's financial affidavit and other relevant inquiry, the Court now finds that the defendant possesses financial resources sufficient to bear some or all of the cost of his representation, assets may be available for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation. Accordingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

IT IS ORDERED that at the conclusion of the case, subject to an assessment, the defendant shall reimburse the Treasury of the United States for the cost of his representation provided by the Federal Public Defender, payable to the **Clerk of the Court**, for

1  deposit in the Treasury.

2  Dated this 15th day of December, 2011.

*[signature]*

**CAM FERENBACH**
**United States Magistrate Judge**

- 2 -